FRANK ARAUJO, Jr., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GRAY SUPPLY CORPORATION, DEFENDANT-PETI-TIONER.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley* for the petitioner.

*Messrs. James & Wyckoff* and *Mr. Charles A. Sweeney* for the respondents.

September 19, 1960.   Denied.

COUNTY OF UNION, APPELLANT-PETITIONER, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Mr. Grover C. Richman, Jr.,* for the petitioner.

*Mr. Henry J. Sorenson* and *Messrs. Lamb, Langan & Blake* for the respondents.

September 19, 1960.   Granted.